IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A[4]

4:04-cv-01479-BRW   Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW   Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW   Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW   Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW   Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW   Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW   Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW   Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW   Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW   Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW   Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW   Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW   Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW   McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW   Davis v. Wyeth Inc et al

4:05-cv-01159-BRW   Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW   Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW   Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW   Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW   Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW   Cox et al v. Wyeth et al
4:06-cv-00080-BRW   Dressel v. Wyeth et al
4:06-cv-00124-BRW   Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW   Powers v. Wyeth et al
4:06-cv-00183-BRW   Harper et al v. Wyeth et al

4:06-cv-00426-BRW   Williams v. Wyeth Inc et al
4:06-cv-00530-BRW   Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW   Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW   Lopez et al v. Wyeth et al
4:06-cv-00588-BRW   Childress v. Wyeth Inc et al

4:06-cv-00593-BRW   Stone v. Wyeth Inc et al
4:06-cv-00597-BRW   Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW   Brink v. Wyeth Inc et al
4:06-cv-00687-BRW   Nichols v. Wyeth et al
4:06-cv-00870-BRW   Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

```
4:06-cv-00884-BRW   Watts v. Wyeth et al
4:06-cv-00893-BRW   Williams v. Wyeth et al
4:06-cv-00900-BRW   Hare v. Wyeth et al
4:06-cv-01091-BRW   Merkel v. Wyeth et al
4:06-cv-01170-BRW   Decker v. Wyeth et al

4:06-cv-01177-BRW   Mitchell v. Wyeth et al
4:06-cv-01215-BRW   Johnston et al v. Wyeth et al
4:06-cv-01256-BRW   Webb v. Wyeth et al
4:06-cv-01306-BRW   Wicht v. Wyeth et al
4:06-cv-01307-BRW   Parker v. Wyeth et al

4:06-cv-01308-BRW   Tolleson v. Wyeth et al
4:06-cv-01309-BRW   Jarvis v. Wyeth et al
4:06-cv-01310-BRW   Williams v. Wyeth et al
4:06-cv-01311-BRW   Durham v. Wyeth et al
4:06-cv-01312-BRW   Downes v. Wyeth et al

4:06-cv-01332-BRW   Meyer v. Wyeth et al
4:06-cv-01333-BRW   Williams v. Wyeth et al
4:06-cv-01341-BRW   Lester v. Wyeth et al
4:06-cv-01342-BRW   Beane v. Wyeth et al
4:06-cv-01349-BRW   Klein v. Wyeth et al

4:06-cv-01379-BRW   Gist v. Wyeth et al
4:06-cv-01386-BRW   Woody v. Wyeth et al
4:06-cv-01388-BRW   Sgroe v. Wyeth et al
4:06-cv-01390-BRW   Fish v. Wyeth Inc et al
4:06-cv-01394-BRW   Knight v. Wyeth et al

4:06-cv-01397-BRW   Green v. Wyeth et al
4:06-cv-01402-BRW   Wilson v. Wyeth et al
4:06-cv-01423-BRW   Staton v. Wyeth et al
4:06-cv-01428-BRW   Stewart v. Wyeth et al
4:06-cv-01435-BRW   Bond v. Wyeth et al

4:06-cv-01437-BRW   Growden v. Wyeth et al
4:06-cv-01441-BRW   Kirkland v. Wyeth et al
4:06-cv-01444-BRW   Johnson v. Wyeth et al
4:06-cv-01445-BRW   Middleton v. Wyeth et al
4:06-cv-01446-BRW   Anderson v. Wyeth et al

4:06-cv-01447-BRW   Vanatta v. Wyeth et al
4:06-cv-01449-BRW   Pacheco v. Wyeth et al
4:06-cv-01451-BRW   Totaro v. Wyeth et al
4:06-cv-01456-BRW   D'Agostino v. Wyeth et al
4:06-cv-01457-BRW   Straessle v. Wyeth et al
```

```
4:06-cv-01459-BRW   Huff v. Wyeth et al
4:06-cv-01476-BRW   Thomas v. Wyeth et al
4:06-cv-01477-BRW   Marino v. Wyeth et al
4:06-cv-01478-BRW   Frazier v. Wyeth et al
4:06-cv-01479-BRW   Cameron v. Wyeth et al

4:06-cv-01522-BRW   Bliss v. Wyeth et al
4:06-cv-01548-BRW   Lyles v. Wyeth et al
4:06-cv-01567-BRW   Ward v. Wyeth et al
4:06-cv-01568-BRW   Person v. Wyeth et al
4:06-cv-01569-BRW   Paradise v. Wyeth et al

4:06-cv-01575-BRW   Edge v. Wyeth et al
4:06-cv-01593-BRW   Dunn v. Wyeth et al
4:06-cv-01649-BRW   Ferretti v. Wyeth et al
4:06-cv-01663-BRW   Riese v. Wyeth Inc et al
4:06-cv-01667-BRW   Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW   Hipkins v. Wyeth et al
4:06-cv-01692-BRW   Bechtel v. Wyeth et al
4:06-cv-01694-BRW   Miller v. Wyeth et al
4:07-cv-00134-BRW   Moses v. Wyeth et al
4:07-cv-00218-BRW   Sams v. Wyeth et al

4:07-cv-00297-BRW   Crowley v. Wyeth et al
4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00622-BRW   Harvill et al v. Wyeth et al
4:07-cv-00729-BRW   Watson v. Wyeth Inc et al
4:07-cv-01131-BRW   Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW   Gordon v. Wyeth et al
4:07-cv-01209-BRW   Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW   Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW   Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW   Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW   Waldo v. Wyeth et al
4:08-cv-00147-BRW   Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW   Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW   Miiller et al v. Wyeth et al
4:08-cv-00648-BRW   Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW   Polk v. Wyeth et al
4:08-cv-01419-BRW   Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW   Brown v. Wyeth Inc et al
4:08-cv-01423-BRW   Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW   Lieser v. Wyeth et al
```

4:08-cv-01500-BRW Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW Neuendorff v. Wyeth
4:08-cv-01549-BRW Patrow v. Wyeth et al
4:08-cv-01550-BRW Seckler v. Wyeth et al
4:08-cv-01679-BRW Angle v. Wyeth Inc et al

4:08-cv-01680-BRW Baer v. Wyeth Inc et al
4:08-cv-01681-BRW Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW Dubich v. Wyeth et al
4:08-cv-01771-BRW Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW Rappold et al v. Wyeth et al
4:08-cv-01794-BRW Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW Vargas et al v. Wyeth Inc et al

4:08-cv-01814-BRW  Eshleman et al v. Wyeth Inc et al
4:08-cv-01849-BRW  Zepher v. Bristol Myers Squibb Company
4:08-cv-01854-BRW  Buch et al v. Wyeth Inc et al
4:08-cv-01869-BRW  Baker v. Wyeth Inc et al
4:08-cv-01872-BRW  Hummel v. Wyeth Inc et al

4:08-cv-01887-BRW  McPherson v. Wyeth Inc et al
4:08-cv-01888-BRW  Evans v. Wyeth Inc et al
4:08-cv-01889-BRW  Kirchhoff v. Wyeth et al
4:08-cv-01893-BRW  Merrick v. Wyeth Inc et al
4:08-cv-01896-BRW  Doyle v. Wyeth et al

4:08-cv-01897-BRW  Miller v. Wyeth Inc et al
4:08-cv-01899-BRW  Mills v. Wyeth Inc et al
4:08-cv-01900-BRW  Barbour v. Wyeth Inc et al
4:08-cv-01902-BRW  Numainville-Chambers v. Wyeth Inc et al
4:08-cv-01905-BRW  Bayer v. Wyeth Inc et al

4:08-cv-01911-BRW  Crawford et al v. Wyeth Inc et al
4:08-cv-02312-BRW  Cowan v. Wyeth et al
4:08-cv-02385-BRW  Broskey v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02401-BRW  Wert et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02411-BRW  Humphreys et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02412-BRW  Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02430-BRW  Richter v. Wyeth et al
4:08-cv-02443-BRW  Horsfall v. Wyeth et al
4:08-cv-02448-BRW  Skinn v. Wyeth et al
4:08-cv-02454-BRW  Steenbock et al v. Wyeth et al

4:08-cv-02472-BRW  Wilson v. Wyeth Inc et al
4:08-cv-02570-BRW  Coleman et al v. Wyeth et al
4:08-cv-02574-BRW  Keedy et al v. Wyeth et al
4:08-cv-02580-BRW  Rembold v. Wyeth et al
4:08-cv-02584-BRW  DeBrower v. Wyeth et al

4:08-cv-02589-BRW  Davis v. Wyeth et al
4:08-cv-02660-BRW  Brown v. Wyeth Inc et al
4:08-cv-02668-BRW  Edwards et al v. Wyeth et al
4:08-cv-02673-BRW  Beecham v. Wyeth Inc et al
4:08-cv-02675-BRW  Handy v. Wyeth Inc et al

4:08-cv-02676-BRW  Manning v. Wyeth Inc et al
4:08-cv-02677-BRW  Miles et al v. Wyeth Inc et al
4:08-cv-02680-BRW  Hayes v. Wyeth Inc et al
4:08-cv-02687-BRW  Hacke et al v. Wyeth et al
4:08-cv-02690-BRW  Davis v. Wyeth Inc et al

4:08-cv-02692-BRW  Kahl et al v. Wyeth et al
4:08-cv-02698-BRW  Latorra et al v. Wyeth et al
4:08-cv-02699-BRW  Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW  Storm et al v. Wyeth et al
4:08-cv-02703-BRW  Vent et al v. Wyeth et al

4:08-cv-02704-BRW  Gorder et al v. Wyeth et al
4:08-cv-02707-BRW  Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW  Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW  Gay et al v. Wyeth et al
4:08-cv-02755-BRW  Dobson v. Wyeth et al

4:08-cv-02759-BRW  Thompson et al v. Wyeth et al
4:08-cv-02767-BRW  Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW  Stine v. Wyeth et al
4:08-cv-02792-BRW  Mischke v. Wyeth et al
4:08-cv-02793-BRW  Bierdeman et al v. Wyeth

4:08-cv-02794-BRW  Wulff et al v. Wyeth
4:08-cv-02795-BRW  Olson et al v. Wyeth et al
4:08-cv-02810-BRW  Oliver et al v. Wyeth et al
4:08-cv-03125-BRW  Clark v. Wyeth et al
4:08-cv-03154-BRW  Clough v. Wyeth et al

4:08-cv-03155-BRW  Dehne et al v. Wyeth et al
4:08-cv-03176-BRW  Rinehimer v. Wyeth et al
4:08-cv-03209-BRW  Berendt v. Wyeth et al
4:08-cv-03212-BRW  Lepp v. Wyeth et al
4:08-cv-03227-BRW  Ryan v. Wyeth et al

4:08-cv-03230-BRW  Schulz v. Wyeth et al
4:08-cv-03290-BRW  Serrano v. Wyeth et al
4:08-cv-03368-BRW  Boehnlein v. Wyeth et al
4:08-cv-03378-BRW  Nelson v. Wyeth et al
4:08-cv-03393-BRW  Seidel v. Wyeth et al

4:08-cv-03397-BRW  Docherty v. Wyeth et al
4:08-cv-03399-BRW  Acosta v. Wyeth et al
4:08-cv-03502-BRW  Wimberly v. Wyeth et al
4:08-cv-03531-BRW  Taron et al v. Wyeth et al
4:08-cv-03533-BRW  England et al v. Wyeth et al

4:08-cv-03818-BRW  Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW  Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW  Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW  Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW  Donovan et al v. Wyeth et al

| | |
|---|---|
| 4:08-cv-04124-BRW | Bell v. Wyeth et al |
| 4:09-cv-00178-BRW | Coziahr v. Wyeth Pharmaceuticals Inc |
| 4:09-cv-00180-BRW | Stroud et al v. Wyeth Inc et al |
| 4:09-cv-00207-BRW | Smith v. Wyeth Pharmaceuticals Inc et al |
| 4:09-cv-00209-BRW | Kopinski v. Wyeth Pharmaceuticals Inc et al |
| 4:09-cv-00258-BRW | Breese v. Wyeth Pharmaceuticals Inc et al |
| 4:09-cv-00260-BRW | Raspa v. Wyeth Inc et al |
| 4:09-cv-00271-BRW | Turner et al v. Wyeth et al |
| 4:09-cv-00690-BRW | Schwartz v Wyeth Inc et al |
| 4:09-cv-00710-BRW | McClary et al v. Wyeth Inc et al |
| 4:09-cv-00711-BRW | Castiglione v. Wyeth Inc et al |
| 4:09-cv-00762-BRW | Rench et al v. Wyeth Inc et al |
| 4:09-cv-00772-BRW | Nelson et al v. Wyeth et al |
| 4:09-cv-00841-BRW | Coon et al v. Wyeth |
| 4:09-cv-00842-BRW | Hendrickson v. Wyeth Inc et al |
| 4:09-cv-00844-BRW | Skurow et al v. Wyeth et al |
| 4:09-cv-00848-BRW | Helmick v. Wyeth Inc |
| 4:10-cv-00413-BRW | Monroe v. Wyeth LLC et al |
| 4:10-cv-00449-BRW | Behning v. Wyeth LLC et al |
| 4:10-cv-00575-BRW | Pierson v. Wyeth LLC et al |
| 4:10-cv-00576-BRW | Miller v. Wyeth LLC et al |
| 4:10-cv-00583-BRW | Way v. Wyeth LLC et al |
| 4:10-cv-00584-BRW | Wyatt v. Wyeth LLC et al |
| 4:10-cv-00585-BRW | Shaw v. Wyeth LLC et al |
| 4:10-cv-00594-BRW | Nichols et al v. Wyeth LLC et al |
| 4:10-cv-00689-BRW | Campbell v. Wyeth LLC |
| 4:10-cv-00690-BRW | Billingsley v. Wyeth LLC |
| 4:10-cv-00691-BRW | Matthews et al v. Wyeth LLC |
| 4:10-cv-00734-BRW | Ostroff v. Wyeth LLC et al |
| 4:10-cv-00735-BRW | Horton v. Wyeth LLC et al |
| 4:10-cv-00736-BRW | Maddox v. Wyeth LLC et al |
| 4:10-cv-00737-BRW | Laws v. Wyeth LLC et al |
| 4:10-cv-00738-BRW | Culver et al v. Wyeth LLC |
| 4:10-cv-00739-BRW | Pruitt v. Wyeth LLC |
| 4:10-cv-00740-BRW | Rodgers et al v. Wyeth LLC et al |
| 4:10-cv-00741-BRW | Rhodes v. Wyeth LLC et al |
| 4:10-cv-00742-BRW | Scott v. Wyeth LLC et al |
| 4:10-cv-00743-BRW | Moore v. Wyeth LLC |
| 4:10-cv-00745-BRW | Ramsey v. Wyeth LLC et al |
| 4:10-cv-00758-BRW | Dula v. Wyeth LLC |

```
4:10-cv-00788-BRW   Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW   Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW   Eden v. Wyeth LLC et al
4:10-cv-00900-BRW   Downey v. Wyeth LLC et al
4:10-cv-00934-BRW   Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW   Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW   Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW   Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW   Rodgers v. Wyeth LLC
4:10-cv-00961-BRW   Bishop v. Wyeth LLC

4:10-cv-01007-BRW   Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW   Powell v. Wyeth LLC et al
4:10-cv-01053-BRW   Teaster v. Wyeth LLC
4:10-cv-01065-BRW   Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW   Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW   Garza v. Wyeth LLC et al
4:10-cv-01068-BRW   Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW   Fries v. Wyeth LLC et al
4:10-cv-01075-BRW   Goode v. Wyeth LLC et al
4:10-cv-01136-BRW   Strickland v Wyeth LLC

4:10-cv-01209-BRW   Mann v. Wyeth LLC
4:10-cv-01263-BRW   Bohanan v. Wyeth LLC
4:10-cv-01274-BRW   Benton v. Wyeth LLC et al
4:10-cv-01358-BRW   Moreno v. Wyeth LLC
4:10-cv-01359-BRW   Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW   Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW   Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW   Booker v. Wyeth Inc et al
4:10-cv-01432-BRW   Hardin v. Wyeth et al
4:10-cv-01433-BRW   Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW   Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW   Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW   Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW   Gary v. Wyeth Inc et al
4:11-cv-00085-BRW   Doolittle v. Wyeth
```